IN RE CASES HELD FOR THE DECISION IN *IN RE J.V.*

[Cite as *In re Cases Held for the Decision in* In re J.V., 134 Ohio St.3d 325, 2012-Ohio-5625.]

(Submitted December 4, 2012—Decided December 5, 2012.)

{¶ 1} The issuance of the mandates in the following cases was held for the decision in *In re J.V.*, 134 Ohio St.3d 1, 2012-Ohio-4961, 979 N.E.2d 1203. The stay of the mandates is lifted, and the causes are remanded for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108, and *In re J.V.*

{¶ 2} 2008–1624. *In re D.J.S.*, 3d Dist. No. 10758.

{¶ 3} 2008–1926. *In re G.E.S.*, 9th Dist. No. 24079, 2008-Ohio-4076, 2008 WL 3413040.

{¶ 4} 2008–2257. *In re M.D.G.*, 3d Dist. No. 10811.

{¶ 5} 2009–0189. *In re A.R.*, 5th Dist. No. 08CA17.

{¶ 6} 2009–0223. *In re A.R.*, 12th Dist. No. CA2008–03–036, 2008-Ohio-6566, 2008 WL 5205648.

{¶ 7} 2009–0358. *In re S.R.P.*, 12th Dist. No. CA2007–11–027, 2009-Ohio-11, 2009 WL 18001.

{¶ 8} 2009–0826. *In re J.C.*, 9th Dist. No. 24354, 2009-Ohio-1213, 2009 WL 695440.

{¶ 9} 2011–0325. *In re A.C.*, 1st Dist. No. C–100136.

{¶ 10} 2011–0515. *In re T.D.*, 12th Dist. No. CA2010–01–002, 2011-Ohio-671, 2011 WL 497778.

{¶ 11} 2011–1027. *In re A.R.R.*, 194 Ohio App.3d 40, 2011-Ohio-1186, 954 N.E.2d 1213.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.